CAROL E. SCHULTZE, (Florida Bar 756083)
Email: SchultzeC@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5628
Washington, D.C. 20549
Telephone: (202) 551-4958

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

   Plaintiff,

    v.

ALEXANDER S. GOULD,

   Defendant.

Case No.: 4:22-cv-07671-KAW

**JOINT STIPULATION OF DISMISSAL AND ORDER**

The Plaintiff, Securities and Exchange Commission (the "Commission") and Defendant

Alexander S. Gould ("Defendant") (collectively, the "Parties"), pursuant to the Court's March

19, 2026 Order that the parties meet and confer and file a stipulation of dismissal. (Dkt. 56).

1. On January 30, 2023, this Court entered a Final Judgment in this action ("Final

Judgment"). (Dkt. 12).

2. The Final Judgment Ordered the Defendant to pay the Commission disgorgement

in the amount of $476,033.19 plus pre-order interest in the amount of $50,137.33 and all post-

order interest accrued pursuant to Rule 600 of the Commission's Rules of Practice, 17.C.F.R. §

200.600 until the entry of the Final Judgment, and a civil money penalty of $200,000, plus

additional interest pursuant to 31 U.S.C. § 3717 until entry of Judgment, together with post

JOINT STIPULATION

judgment interest pursuant to 28 U.S.C. §1961 from the date of entry of the Judgment. (*Id*. at p.2 ¶ II).

3.      Defendant has satisfied the monetary provisions of the Final Judgment. (See Dkt. 50).

4.      The Final Judgment "FURTHER ORDERED,  ADJUDGED,  AND DECREED,  that  Defendant shall cease and desist from committing or causing any violations and any future violations of Sections 206(1) and 206(2) of the Advisers Act". The Parties agree and consent that this non-monetary injunctive relief ordered by the Final Judgment remains in force. (Dkt. 12 at p.2 ¶ III.).

5.      The Final Judgment "FURTHER ORDERED,  ADJUDGED,  AND DECREED that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment."  (Dkt. 12 at p.5 ¶ VII.). As reflected by that provision, the Parties continue to consent to this Court's jurisdiction for such purposes.

6.      By the Final Judgment, the Court provided the SEC with the full relief it sought in this action, including: "entry of a judgment…so that [the SEC] may enforce its September 8, 2020 Order Instituting Administrative and Cease and Desist Proceedings…against Defendant…." (Dkt. 1 at 1.).

7.      Thus, all that remains is enforcement of the non-monetary relief which orders that Defendant "Gould shall cease and desist from committing or causing any violations and any future violations of Sections 206(1) and 206(2) of the Advisers Act" as set forth in the Final Judgment. (Dkt. 12 at p.2 ¶ III). There are no live claims pending.

8.      Nevertheless, given the Court's order requiring a stipulation of dismissal to close the case on its docket, the Parties further agree that they have no objection to the case being DISMISSED on the Court's Docket (with each party bearing that party's own costs and fees)

subject to the terms of the Final Judgment and provided the injunctive relief and other non-monetary provisions ordered therein remain in effect and the Court retains jurisdiction of this matter such that the SEC may reopen this matter should the SEC need to move for relief under the non-monetary provisions of the Final Judgment.

Dated: April 22, 2026

Respectfully submitted,

_____/s/_____

CAROL SCHULTZE
Assistant Chief Litigation Counsel
Division of Enforcement
United States Securities and Exchange Commission
100 F Street, NE
Mail Stop 5628
Washington, DC 20549-0022
SchultzeC@SEC.gov
Tel.: 202.551.4958
Attorney for Plaintiff/Judgment Creditor

_____/s/_____

ALEXANDER S. GOULD
Defendant
1994 Valparasio Ave.
Menlo Park, CA 94025
Alex@goldstarventures.vc
Tel: 650-906-8675



IT IS SO ORDERED
Kandis Westmore
Judge Kandis Westmore
April 23, 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND ORDER